No. 1279, Misc. LIPSCOMB *v.* BLACKWELL, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondent.

No. 1297, Misc. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Frank J. Martell* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1310, Misc. RAMSEY *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1317, Misc. COLEMAN *v.* DENNO, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied. *Martin Garbus* for petitioner.

No. 1328, Misc. BENTON *v.* ARIZONA ET AL. Supreme Court of Arizona. Certiorari denied.

No. 1333, Misc. DIRRING *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1352, Misc. PHILLIP *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *Samuel S. Mitchell* for petitioner. *T. W. Bruton,* Attorney General of North Carolina, and *Richard T. Sanders,* Assistant Attorney General, for respondent.